# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3144

_____

Joseph Noel Sykes,

        Appellant,

    v.

Douglas Scott Kunin; Harold Klemp;
Eckankar,

        Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Minnesota.
\*
\*      [UNPUBLISHED]
\*
\*

_____

Submitted: May 27, 1999
Filed: June 7, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Joseph Noel Sykes appeals the district court's[1] order denying his Federal Rule of Civil Procedure 60(b)(6) motion. Having carefully reviewed the record and the parties' briefs, we conclude the district court did not abuse its discretion, as no extraordinary circumstances exist which would warrant the relief Sykes requested. See Chambers v. Armontrout, 16 F.3d 257, 261 (8th Cir. 1994). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The HONORABLE ANN D. MONTGOMERY, United States District Judge for the District of Minnesota.

We deny appellees' motion to dismiss this appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.